Court of Customs and Patent Appeals denied. *Mr. Howard T. Walden* for petitioner. *Solicitor General Thacher, Assistant Attorney General Lawrence,* and *Mr. Robert P. Reeder* for the United States.

No. 242. WEBSTER *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Frank P. Walsh* for petitioner. *Solicitor General Thacher* and *Messrs. Paul D. Miller, Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 244. FRANKLIN ET AL. *v.* DeLANEY. October 17, 1932. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied. *Mr. Louis H. Strasser* for petitioners. No appearance for respondent.

No. 245. PROCTER & GAMBLE MFG. Co. *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. Benjamin A. Levett* and *Frederic R. Coudert* for petitioner. *Solicitor General Thacher, Assistant Attorney General Lawrence,* and *Messrs. Robert P. Reeder* and *Wm. H. Futrell* for the United States.

No. 246. ORABONA *v.* CLARK, IMMIGRATION INSPECTOR. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Benjamin Gianciarulo* for petitioner. *Solicitor General*